# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BERNADINE D SOILEAU** | **CASE NO. 6:19-CV-00537** |
| **VERSUS** | **JUDGE JUNEAU** |
| **MIDSOUTH BANCORP INC ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter came before the Court on October 17, 2019 for oral argument on the Request for Clarification and Alternatively, Objection to Report and Recommendation filed by Midsouth Bank to the Magistrate's Report and Recommendation, Rec. Doc. [15].

After hearing the arguments of counsel, having conducted an independent review of the record, and for the reasons orally assigned, the Court adopts the Report and Recommendation of the Magistrate Judge previously filed herein. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Midsouth's Motion to Dismiss be **DENIED WITH PREJUDICE** insofar as it seeks to dismiss Plaintiff's EFTA claims for transfers which occurred after February 8, 2017; and **DENIED WITHOUT PREJUDICE** to re-assert its motion in all other respects.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be given thirty (30) days to amend her Petition, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE