**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**BERNADINE D SOILEAU**          **CASE NO.  6:19-CV-00537**

**VERSUS**                                  **JUDGE JUNEAU**

**MIDSOUTH BANCORP INC ET AL**   **MAGISTRATE JUDGE HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. Rule 12(b)(6) filed on behalf of Midsouth Bank, N.A. (Rec. Doc. 25) is DENIED.

Signed at Lafayette, Louisiana, this 16th day of March, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE